**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S.SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   HORVIN McKENZIE  (J)# Cell Block          CASE NO:   21-6264-VALLE

AUSA:   ~~Ajay Alexander~~ -Zoom  *Jennifer Keene*          ATTY:   AFPD DUTY Tim Day-available -Zoom
                                                                    (If applicable-appeals colloquy)

AGENT:                                              VIOL:   18:1114, 924; 21:846, 841

PROCEEDING:          INITIAL APPEARANCE          RECOMMENDED BOND:   PTD

BOND HEARING HELD - yes /(no)                    COUNSEL APPOINTED:

BOND SET @:                                       To be consigned by:
                                                  Rule 77.1 advised ✓

❑   Do not violate any law.                        *A- advised of charges*

❑   Appear in court as directed.                   *A agrees to video conference*

❑   Surrender and / or do not obtain passports / travel     *Brady Advised*
    documents.

❑   Rpt to PTS as directed / or _____ x's a week/month by     *A- family is hiring one*
    phone; _____ x's a week/month in person.

❑   Random urine testing by Pretrial Services. _____
    Treatment as deemed necessary.

❑   Maintain or seek full - time employment.

❑   No contact with victims / witnesses.

❑   No firearms.

❑   Curfew: _____.

❑   Travel extended to: _____

❑   Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| (INQUIRY RE COUNSEL:) | 4-28-21 | 11:00am | Snow | |
| (PTD/BOND HEARING:) | 4-28-21 | 11:00am | Snow | |
| PRELIM/ARRAIGN. : | 5-10-21 | 11:00an | VALLE | |

CHECK IF          For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore
APPLICABLE_____:   tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy
                  Trial, the Court finds that the period of time from today, through and including _____, shall be deemed
                  excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE:   4-26-21   TIME:   11:00am   DAR:  11:13:16   and   PAGE:   (3)
                                              recorded on ZOOM

*5 min*