UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10:21-mj-06264-AOV-1

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

HORVIN MCKENZIE, JR.

      Defendant.

_____/

## NOTICE OF TEMPORARY ATTORNEY APPEARANCE FOR TRIAL PURPOSES ONLY

JOFFE LAW, P.A. hereby enters its **TEMPORARY** appearance as attorney of record for the Defendant, HORVIN MCKENZIE, JR.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

JOFFE LAW, P.A.
Attorneys for Defendant
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone:  (954) 723-0007
Fax:      (954) 723-0033

By /s/ *David J. Joffe*
DAVID J. JOFFE, ESQUIRE
FLORIDA BAR NO. 0814164